UNITED STATES *versus* JOHN REED. 

JOURNAL ENTRIES (1828–29): *Journal 4*: (1) Argument heard on motion in arrest and for new trial *p. 253; (2) motion submitted for decision *p. 254; (3) motion in arrest overruled, motion for new trial granted, rule for recognizance, recognizance filed *p. 259; (4) money deposited ordered returned *p. 259.
PAPERS IN FILE: (1–2) Transcripts of records of circuit court; (3) recognizance to appear before Supreme Court; (4) motion to overrule two reasons assigned in support of motion in arrest; (5) memo. of rulings on motions; (6) opinion of Judge Woodbridge.
*1824–36 Calendar*, MS p. 170.